[Nos. 64312-6-I; 65019-0-I.   Division One.   July 18, 2011.]

SANDRA YANKEE, *Individually and as Personal Representative, Respondent*, v. APV NORTH AMERICA, INC., *Petitioner*.

RENATA NEEDLES, *Individually and as Personal Representative, Appellant*, v. APV NORTH AMERICA, INC., *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 08-2-14415-1, Michael J. Trickey, J., entered September 18, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Schindler, J., concurred in by Grosse and Cox, JJ. Now published at 164 Wn. App. 1.

[No. 64849-7-I.   Division One.   July 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSÉ LUIS ESCOBAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-00755-8, Helen Halpert, J., entered January 21, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.

[No. 64919-1-I.   Division One.   July 18, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. SAMUEL A. GONZALEZ, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-00927-8, Dave Needy, J., entered January 27, 2010. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Schindler and Lau, JJ.